Dismissed and Memorandum Opinion filed September 8, 2005









Dismissed and Memorandum Opinion filed September 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00801-CV

____________

 

AMENITY PLUS
HOMES INC., ET AL., Appellants

 

V.

 

ELEANOR
BABINEAUX, Appellee

 



 

On Appeal from County Civil Court
at Law No. 4

Harris County,
Texas

Trial Court Cause No. 778,434

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed March 2, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellants did not make arrangements
to pay for the record.  

On August 4, 2005, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellants paid or made arrangements to pay for
the record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellants filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 8, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.